UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORA UDELL,

       Plaintiff,

Case No. 1:08-CV-1108

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

# ORDER AND JUDGMENT
# APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 30, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 30, 2009, is approved and adopted as the opinion of the court. The Commissioner's decision is **affirmed**.

This case is **concluded**.


Dated: November 20, 2009                            /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE